458

Craig DRIER, Employee,

v.

GROUNDED AIR, INC., Uninsured and David Herzog, Individually, Uninsured, Relators,

and

Eau Claire G.I. Associates S.C., Castleberg Clinic, S.C., Chippewa Valley Hospital, Intervenors,

and

Special Compensation Fund, Respondent.

No. A12–2350.

Supreme Court of Minnesota.

Oct. 1, 2013.

Devin J. Murphy, Andrew M. Grimsrud, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for relators.

Rory H. Foley, Assistant Attorney General, Office of the Minnesota Attorney General, Saint Paul, MN, for respondent.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on December 3, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____
G. Barry Anderson
Associate Justice

Ivan MIRONENKO, Employee,

v.

GROUNDED AIR, INC., Uninsured, and David Herzog, Individually, Uninsured, Relators,

and

Life Medical, P.A., Intervenor,

and

Special Compensation Fund, Respondent.

No. A12–2351.

Supreme Court of Minnesota.

Oct. 1, 2013.

Devin J. Murphy, Andrew M. Grimsrud, Aafedt, Forde, Gray, Monson & Hager, P.A., Minneapolis, MN, for relators.

Rory H. Foley, Assistant Attorney General, Office of the Minnesota Attorney General, Saint Paul, MN, for respondent.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on De-

cember 3, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/——————————

G. Barry Anderson
Associate Justice

STATE of Minnesota, Respondent,

v.

Mark Myrl BURRELL, Appellant.

No. A11–1517.

Supreme Court of Minnesota.

Oct. 2, 2013.